# Exhibit 44

# Contractors Invoice regarding cost of fixing trailer

**DEFENDANTS' DESIGNATION OF EVIDENCE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

PATRICK L. WRITT
654-8132

CONTRACTORS INVOICE

WORK PERFORMED AT:
7344 SIOUX #164

TO: Shiloh

DATE: 2-24-14

YOUR WORK ORDER NO.

OUR BID NO.

**DESCRIPTION OF WORK PERFORMED**

INSPECTION of EXTERIOR of HOME at LOT 164

would Require More Repair & Material Than Homes Value

TEAR DOWN LABOR 2,500.

Dumpsters Supplyed By Owner

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____
_____ Dollars ($ _____).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

NC3822

CONTRACTORS INVOICE

Fair Housing of Central Indiana, et al. v. MH Leasing, LLC., et al.
Defendants000170